United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ANDERSON,<br>Plaintiff,<br>v.<br>AMERITAS INVESTMENT COMPANY, LLC,<br>Defendant. | Case No. 25-cv-03839-EMC<br>**ORDER TO SHOW CAUSE**<br>Docket No. 68 |

Counsel for Ms. Anderson has moved to withdraw as counsel on the basis that "the relationship of trust and confidence essential to the representation has ceased to exist and the client's conduct has rendered it unreasonably difficult for counsel to effectively carry out the representation." Mot. at 2. Counsel gave Ms. Anderson notice of the motion to withdraw as well as the hearing for the motion, but she did not appear at the hearing. Nor did she otherwise respond to the motion to withdraw.

Out of an abundance of caution, the Court defers ruling on the motion to withdraw and issues this order to show cause. **Specifically, the Court orders Ms. Anderson to show cause as to why the Court should not grant her counsel's motion to withdraw.** Ms. Anderson's response to this order to show cause shall be filed by **November 2, 2026**. Ms. Anderson can file her response with the Court herself, or she can ask her counsel to file her response with the Court. If Ms. Anderson files a response to the order to show cause, then her counsel shall have an opportunity to file a reply by **November 9, 2026**.

The Court forewarns Ms. Anderson that, if she does **not** file a response by the November 2 deadline, then the Court will (1) **grant** her counsel's motion to withdraw and (2) **temporarily stay**

United States District Court
Northern District of California

proceedings (for about 60 days) to give her an opportunity to look for and retain new counsel. If she is unable to find new counsel and have that counsel appear by the deadline specified, then she will proceed in this case as a pro se (*i.e.*, self-represented) litigant. For Ms. Anderson's benefit, the Court notes that the District website has a webpage that has information for pro se litigants. *See* https://cand.uscourts.gov/representing-yourself. That webpage includes a link to the Pro Se Handbook, which is a manual designed to assist pro se litigants. *See* https://cand.uscourts.gov/representing-yourself/pro-se-handbook. The District also has a Legal Help Desk that can provide some assistance to pro se litigants. *See* https://cand.uscourts.gov/representing-yourself/free-legal-help-people-without-lawyers.

Counsel for Ms. Anderson is ordered to **immediately** serve a copy of this order to show cause on Ms. Anderson – specifically, by mail and by email. Counsel shall also call and text Ms. Anderson to give her notice that an order to show cause has issued, that she must file a response to the order to show cause if she opposes counsel's motion to withdraw, and that she can contact counsel if she has not received the order to show cause by mail or email. If counsel withdraws from the case, it shall provide to the Court Ms. Anderson's contact information.

**IT IS SO ORDERED**.

Dated: October 15, 2026



EDWARD M. CHEN
United States District Judge